IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

WILLIE JAMES JONES,                    )
                                       )
                   Plaintiff,          )                    8:05cv233
                                       )
         vs.                           )                    ORDER
                                       )
DOUGLAS COUNTY CORRECTIONS             )
CENTER, et al.,                        )
                                       )
                   Defendants.         )


         This matter is before the court on filing no. 36, the defendants' Motion to Compel responses to their discovery requests.  The motion appears to be moot now that the defendants have moved for summary judgment.  Therefore, absent any additional information to the contrary, filing no. 36 is denied as moot.

         SO ORDERED.

         DATED this 22nd day of May, 2007.

                                       BY THE COURT:


                                       s/ F. A. GOSSETT
                                       United States Magistrate Judge