IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **WILLIE JAMES JONES,** | ) | **CASE NO. 8:05CV233** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **DOUGLAS COUNTY CORRECTIONS CENTER**, and the **STATE OF NEBRASKA,** | ) ) ) | |
| | ) | |
| **Defendants.** | ) | |

Attorney Derek R. Vaughn has moved to withdraw as counsel for the defendant in this case. See Filing No. 41. Attorney Diane M. Carlson has entered her appearance as counsel for the defendant. See Filing No. 42.

Accordingly,

IT IS ORDERED:

The motion to withdraw filed by Derek R. Vaughn, Filing No. 41, is granted.

DATED this 8th day of August, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge